IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT L BUSH**                                                                                               **PLAINTIFF**

**VS.**              **CASE NO.   4:24-CV-00729-JM**

**DARRAGH**                                                                                                      **DEFENDANT**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 27th day of August, 2024.

> AT THE DIRECTION OF THE COURT
> TAMMY H. DOWNS, CLERK

By:   Jake Kornegay
           Deputy Clerk